# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Hood, Denise Page | U.S. Dist. Court, Eastern MI | 09/14/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination,    Date <br> ☐ Initial    ☒ Annual    ☐ Final | 01/01/2006 <br> to <br> 12/31/2006 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Theodore Levin U.S. Courthouse <br> 231 W. Lafayette Blvd, Rm. 251 <br> Detroit, MI 48226 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Cyprian Center |
| 2. Trustee | Olivet College |
| 3. Board Member | State Planning Board (Legal Services) |
| 4. Director | Detroit Metropolitan Bar Association Foundation |
| 5. Director | Inside/Out Literary Arts Progject |
| 6. Director | Harper/Hutzel Hospital |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 SEP 17 A 10: 24 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 3/06 | Eschaton, LLC |
| 2. | 6/06 | Hasani Wedding |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Judicial Center's Seminar on Law & Science VII | $929.54 (Transportation Reimbursement of $309.54 plus Hotel directly paid in the amount of $627.00)(March 3-6, 2006) |
| 2. | ABA Mid-Winter Meeting of the Employment Rights & Responsibilities Committee | $1376.87 (Transportation Reimbursement of $618.07 plus Hotel directly paid in the amount of $758.80)(March 14-18, 2006) |
| 3. | Aspen Institute's Justice & Society Program | $830.60 (Transportation Reimbursement of $292.60 plus Hotel directly paid in the amount of $538.00) (March 31-April 2, 2006) |
| 4. | Rendigs National Product Liabiaility Moot Court Competition | $334.60 Transportation Reimbursement (April 8-10, 2006) |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Hood, Denise Page | 09/14/2007 |

5. Federal Judicial Center's Advanced Mediation Strategy for Judges Seminar

$969.04 (Transportation Reimbursement of $429.04 plus Hotel directly paid in the amount of $540.00)(May 10-12, 2006)

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 09/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Bank | Mortgage for Cyprian House | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 09/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MI Judges Retirement | D | Interest | M | T | | | | | |
| 2. Met Life | A | Int./Div. | J | W | | | | | |
| 3. Provident Nat'l Annuity | A | Int./Div. | M | T | | | | | |
| 4. BROKERAGE ACCOUNT #1 (5, 6, 7 - below) | A | Int./Div. | | | | | | | |
| 5. - EMC Corp. Mass. | A | Dividend | J | T | | | | | |
| 6. - Nortel Networks | A | Dividend | J | T | | | | | |
| 7. - Citibank, NA Bank Dep. Prog. | A | Interest | J | T | | | | | |
| 8. BROKERAGE ACCOUNT #2 (9 - 17 - below) | | | | | | | | | |
| 9. - SB Money Fd Cash CLA Port | A | Dividend | J | T | | | | | |
| 10. - Daimler Chrysler | A | Dividend | J | T | | | | | |
| 11. - AOL Time/Warner | A | Dividend | J | T | | | | | |
| 12. - Walt Disney | A | Dividend | J | T | | | | | |
| 13. - GAP, Inc., Del. | A | Dividend | J | T | | | | | |
| 14. - United American Healthcare | A | Dividend | J | T | Sell | 12/18 | J | B | NA |
| 15. - VanKmp Emer Frwth Fd CLC | A | Int./Div. | J | T | | | | | |
| 16. - SmithBarney Man Muni Fd CLL | A | Int./Div. | J | T | | | | | |
| 17. Oppenheimer Gold & Spec (X) | B | Dividend | J | T | Buy | 12/18 | J | A | NA |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 09/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   Detroit Mun. Credit Union | A | Interest | J | T | | | | | |
| 19.   1st Independence Bank | A | Interest | J | T | | | | | |
| 20.   EVLICO (AXA Financil/Equitable) | A | Interest | J | T | | | | | |
| 21.   AXA ADS (Common Stock) | B | Dividend | J | T | | | | | |
| 22.   Cols Metro Credit Union | A | Interest | J | T | | | | | |
| 23.   Prudential (DPH) | A | Interest | J | T | | | | | |
| 24.   - SB Cap Pres. Fd CLB (X) | A | Int./Div. | J | T | | | | | |
| 25.   - Citibank NA Bank Dep Prog (X) | A | Interest | K | T | | | | | |
| 26.   Eschaton, LLC (X) | E | Rent | M | Q | Buy | 3/13 | M | | Eschaton, LLC |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hood, Denise Page | 09/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____ Date____ 9/14/07 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544